

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> JONATHAN McCORMACK, ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) | Criminal No. 26-CR-300____-MGM <br><br> Violations: <br><br> <u>Count One</u>: Conspiracy to Commit Wire Fraud <br> (18 U.S.C. § 371) <br><br> <u>Wire Fraud Forfeiture Allegation</u>: <br> (18 U.S.C. § 981(a)(1)(C) and <br> 28 U.S.C. § 2461) |

## INFORMATION

At all times relevant to this Information:

### General Allegations

1.     BluRoc, LLC ("BluRoc") was a construction company located in Northampton, Massachusetts that specialized in building access roads, bridges, and other infrastructure for construction projects in remote locations.   BluRoc often performed this work for utility companies that installed power lines.

2.     The defendant, JONATHAN McCORMACK ("McCORMACK"), was a resident of Lapeer, Michigan.  BluRoc employed McCORMACK as an equipment operator and project foreman.

3.     BluRoc projects generally involved using heavy equipment to clear an area; installing access roads by laying timber mats; pausing while the utility installed power lines; cleaning up the site; removing the mats; and laying seed and straw on the area.

1

Jonathan McCormack: ___ＪＭ____ (initials)

4.     As a BluRoc project foreman, McCORMACK managed various projects in the field, including the projects' equipment charges and workers' timesheets.

5.     As a BluRoc project foreman, McCORMACK supervised a crew of various workers, including JM, LC, RC, and SR.

6.     While in the field, McCORMACK used BluRoc's computer tracking system to electronically approve employee time and equipment usage.   BluRoc used the information approved by McCORMACK to pay its workers, including himself and his crew members JM, LC, RC, and SR.

7.     In 2020, McCORMACK purchased and renovated a hunting lodge at 0 West Gaukel Road, Lake City, Michigan (the "Hunting Lodge").

<u>Overview of the Conspiracy</u>

8.     Between on or about April 1, 2020, and on or about Auguust 30, 2020, McCORMACK conspired with others known to the United States Attorney to defraud BluRoc by diverting BluRoc labor, equipment, and materials for his own personal use and benefit.

<u>Object and Purpose of the Conspiracy</u>

9.     The object of the conspiracy was to commit wire fraud.

10.     The purposes of the conspiracy were: (a) to obtain payment from BluRoc for work performed by McCORMACK and BluRoc laborers at the Hunting Lodge for the personal use and benefit of McCORMACK; and (b) to use BluRoc equipment and materials without payment at the Hunting Lodge for the personal use and benefit of McCORMACK.

2

Jonathan McCormack: __ЗʍΛ__ (initials)

Manner and Means of the Conspiracy

11.    Among the manner and means by which McCORMACK and coconspirators known to the United States Attorney carried out the conspiracy were the following:

a.    arranging for BluRoc workers to work at the Hunting Lodge using BluRoc equipment and materials;

b.    using BluRoc's computer tracking system to electronically approve employee time and equipment usage for work at the Hunting Lodge.

Overt Acts in Furtherance of the Conspiracy

12.    From on or about April 1, 2020, through on or about Auguust 30, 2020, McCORMACK and coconspirators known and unknown to the United States Attorney committed and caused to be committed the following overt acts, among others, in furtherance of the conspiracy:

a.    On or about April 3, 2020, McCORMACK directed Employee LC to perform work at the Hunting Lodge.

b.    On April 4, 2020, McCORMACK approved eleven hours of work for LC on April 3, 2020, for site restoration at a project in South Bend, IN.

c.    On or about April 3, 2020, McCORMACK directed Employee RC to perform work at the Hunting Lodge.

d.    On April 4, 2020, McCORMACK approved eleven hours of work for RC on April 3, 2020, for site restoration at a project in South Bend, IN.

3

Jonathan McCormack: ᘓᐱ (initials)

e.  On or about April 3, 2020, McCORMACK directed Employee JM to perform work at the Hunting Lodge.

f.  On April 4, 2020, McCORMACK approved eleven hours of work for JM on April 3, 2020, for site restoration at a project in South Bend, IN.

g.  On April 3, 2020, McCORMACK worked at the Hunting Lodge.

h.  On April 4, 2020, McCORMACK approved twelve hours of work for himself on April 3, 2020, for job supervision at a project in Twin Branch, IN – Kenzie Creek, MI.

4

Jonathan McCormack: ___ＳＭ___ (initials)

## COUNT ONE
### Conspiracy to Commit Wire Fraud
### (18 U.S.C. § 371)

The United States Attorney charges:

13.    The United States Attorney re-alleges and incorporates by reference paragraphs 1-12 of this Information.

14.    From on or about April 1, 2020, through on or about August 20, 2020, in the District of Massachusetts, and elsewhere, the defendant,

### JONATHAN McCORMACK,

conspired with others known to the United States Attorney to commit an offense against the United States, to wit, Wire Fraud in violation of Title 18, United States Code, Section 1343, that is, having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, to transmit and cause to be transmitted by means of wire communications in interstate commerce, writings, signs, signals, pictures, and sounds for the purpose of executing the scheme to defraud.

All in violation of Title 18, United States Code, Section 371.

5

Jonathan McCormack: __𝔖𝔩__ (initials)

WIRE FRAUD FORFEITURE ALLEGATION
(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

The United States Attorney further alleges:

1.    Upon conviction of the offense in violation of Title 18, United States Code, Section 371, set forth in Count One, the defendant,

JONATHAN McCORMACK,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.  The property to be forfeited includes, but is not limited to, the following assets:

   a.    $269,027 in U.S. currency, to be entered in the form of a forfeiture money judgment;

   b.    the real property located at 0 West Gaukel Road, Lake City, MI 49651, including all buildings, appurtenances, and improvements thereon, more fully described in a Memorandum of Land Contract recorded with the Missaukee County Recorder on April 13, 2020, with Instrument No. 2020-01155, more commonly known as 0 W Gaukel Rd., Lake City MI 49651, and particularly described as:  The Southeast 1/4 and the Southwest 1/4 of the Northeast 1/4 of Section 22, Town 23 North, Range 7 West, Township of Forest, County of Missaukee, State of Michigan, Parcel No. 007-022-009-00;

   c.    2020 Polaris Sportsman XP 1000 with VIN 4XASXZ952LB316166;

   d.    2020 Polaris Switchback Pro 800 snowmobile with VIN SN1DDH8P3LC711844;

   e.    2021 Polaris General XP4 1000 with VIN 3NSGMJ995MH207990;

   f.    2020 Polaris Ranger XP 1000 with VIN 4XARRX991L8033464;

6

Jonathan McCormack: ___XM___ (initials)

g.    2020 Polaris Sportsman 570 with VIN 4XASEA573LA637007; and

h.    2020 Polaris Outlaw 110 with VIN RF3YAK111LT039622.

2.    If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

a.  cannot be located upon the exercise of due diligence;

b.  has been transferred or sold to, or deposited with, a third party;

c.  has been placed beyond the jurisdiction of the Court;

d.  has been substantially diminished in value; or

e.  has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

LEAH B. FOLEY
UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

BY:    STEVEN BRESLOW
Digitally signed by STEVEN BRESLOW
Date: 2026.04.24 11:48:46 -04'00'

STEVEN H. BRESLOW
Assistant United States Attorney

Dated: ___April 24___, 2026

7

Jonathan McCormack: ___ꝗ/M___ (initials)